| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  Pro South, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   4 6 – 2 7 3 1 3 4 2

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11450 US Highway 380** | |
| Number   Street | Number   Street |
| **Suite 130, #141** | |
| | P.O. Box |
| **Crossroads**   **TX**   **76227** | |
| City   State   ZIP Code | City   State   ZIP Code |
| **Denton** | Location of principal assets, if different from principal place of business |
| County | |
| | **619 Highway 30 East** |
| | Number   Street |
| | |
| | **Booneville**   **MS**   **38829-8012** |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Pro South, Inc.**_____    Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No
   ☑ Yes. District **Northern District Mississippi** When **06/24/2019** Case number **19-12549**
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Pro South, Inc.**  _____   Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ When _____ MM / DD / YYYY <br> Case number, if known _____ <br><br> Debtor _____ Relationship _____ <br> District _____ When _____ MM / DD / YYYY <br> Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?** _____ <br> Number  Street <br> _____ <br> _____ <br> City   State   ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br> Contact name _____ <br> Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **Pro South, Inc.** _____    Case number (if known) _____

14. **Estimated number of creditors**
    - ☑ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated assets**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☑ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☑ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **09/04/2019**
    MM / DD / YYYY

    X **/s/ Roderick Kagy** _____    **Roderick Kagy** _____
    Signature of authorized representative of debtor    Printed name

    Title **Chief Executive Officer** _____

18. **Signature of attorney**

    X **/s/ Joyce Lindauer** _____    Date **09/04/2019**
    Signature of attorney for debtor    MM / DD / YYYY

    **Joyce Lindauer**
    Printed name

    **Joyce W. Lindauer Attorney, PLLC**
    Firm name

    **12720 Hillcrest Road, Suite 625**
    Number    Street

    **Dallas** _____    **TX** _____    **75230** _____
    City    State    ZIP Code

    **(972) 503-4033** _____    **joyce@joycelindauer.com** _____
    Contact phone    Email address

    **21555700** _____    **TX** _____
    Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re **Pro South, Inc.**                                                                    Case No. _____

                                                                                            Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  **$15,000.00**
   Prior to the filing of this statement I have received...................................................  **$7,500.00**
   Balance Due....................................................................................................  **$7,500.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| **09/04/2019**    **/s/ Joyce Lindauer** <br> *Date*    *Joyce Lindauer*    Bar No.  21555700 <br>     Joyce W. Lindauer Attorney, PLLC <br>     12720 Hillcrest Road, Suite 625 <br>     Dallas, TX 75230 <br>     Phone: (972) 503-4033 / Fax: (972) 503-4034 |

 /s/ Roderick Kagy

*Roderick Kagy*
*Chief Executive Officer*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Pro South, Inc.**                                                                 CASE NO

                                                                                                              CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/4/2019                                            Signature  /s/ Roderick Kagy
                                                                              *Roderick Kagy*
                                                                              *Chief Executive Officer*

Date _____              Signature _____

Amy Glissen Stites
619 Highway 30 East
Booneville, MS 38829


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


BlueBridge Financial, LLC
535 Washington Street
Suite 201
Buffalo, NY 14203


Camso USA, Inc.
PO Box 60158
Charlotte, NC 28260


Capital Merchant Services
One Evertrust Plaza
Suite 1401
Jersey City, NJ 07302


Cash Capital Group, LLC
The Rubin Law Firm, PLLC
Attn: Ashlee Cohen
90 Broad Street, 16th Floor
New York, NY 10005

Caterpillar Financial Services
PO Box 340001
Nashville, TX 37203


Celtic Commercial Finance
4 Park Plaza, Suite 300
Irvine, CA 92614


Commercial Credit Group, Inc.
c/o Adams and Reese, LLP
Attn: John Thomson
3424 Peachtree Road NE, Suite 1600
Atlanta, GA 30326

```
Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Enhanced Capital Mississippi Fund, LLC
c/o James A. McCullough
PO Drawer 119
Jackson, MS 39205


Financial Pacific Leasing
3455 S. 344th Way
Suite 300
Auburn, WA 98001


GCR Tire & Service
2625 Highway 20
Tuscumbia, AL 35674



Grits Capital




H & E Equipment Services
PO Box 849850
Dallas, TX 75284



H & E Equipment Services
5245 Highway 78
Memphis, TN 38118



Hitachi Capital American Corp.
21925 Network Place
Chicago, IL 60673



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242
```

```
Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346



Justin Hayden
Smythe, Huff & Hayden, PC
144 Second Avenue North
The Pilcher Bldg., Suite 333
Nashville, TN 37201

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207



Martyville Quick Mart
1379 Highway 25
Tishomingo, MS 38873



Money Works Direct, Inc.
Attn: Timothy A. Hennigan
PO Box 1958
Ashland, VA 23005



Napa Auto Parts
1105 South Gloster
Tupelo, MS 38801



Office of the Attorney General
Internal Revenue Service
900 Jefferson Avenue
Oxford,  MS 38655-3608



Panther Petroleum, LLC
386 Airways Blvd.
Jackson, TN 38301



PowerPlan
PO Box 5328
Madison, WI 53705
```

```
Regions Bank
Attn: John M. Lassiter
Burr & Foreman LLP
401 East Capitol Street, Suite 100
Jackson, MS 39201

Regions Bank
Attn: Joe A. Joseph
Burr & Foreman LLP
420 N. 20th Street, Suite 3400
Birmingtham, AL 35203

Regions Bank
Attn: Regan C. Loper
Burr & Foreman LLP
420 N. 20th Street, Suite 3400
Birmingtham, AL 35203

Regions Bank
Attn: Donald M. Warren
Burr & Foreman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203

Robert Byrd
Byrd & Wiser
PO Box 1936
Biloxi, MS 39533


Summit Truck Group
PO Box 529
Tupelo, MS 38802



TCF Equipment Finance
11100 Wayzata Blvd.
Suite 801
Hopkins, MN 55305



Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



Thompson Machinery
1245 Bridgestone Blvd.
La Vergne, TN 37086
```

```
U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231
```