Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRO SOUTH, INC., | § | CASE NO. 19-42427-btr |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COMES NOW** Pro South, Inc., the Chapter 11 Debtor in the above styled and referenced bankruptcy case (the "Debtor"), and files this its Emergency Motion for Use of Cash Collateral

pursuant to 11 U.S.C. § 363 of the Bankruptcy Code and in support of same would respectfully show the following:

1. On September 4, 2019, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is now operating its business and managing its property as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner and no official committee has been appointed.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Debtor requests the Court to enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit "A."**

4. Debtor has an immediate need to use the cash collateral of Regions Bank, Wells Fargo Bank, Internal Revenue Service, Axis Capital, Inc., Capital Merchant Services, LLC, Cash Capital Group, LLC, Cash Crunch, CB&S Bank, Commercial Credit Group, Inc., Enhanced Capital Mississippi Fund, LLC, Main Street Merchant Services, Inc., Packaging Corporation of America, Supersonic Funding (the "Secured Lenders"), the Debtor's secured creditors claiming liens on Debtor's personal property including accounts. The Debtor can adequately protect the interests of the Secured Lenders as set forth in the proposed Interim Order for Use of Cash Collateral by providing the Secured Lenders with post-petition liens, a priority claim in the Chapter 11 bankruptcy case, and cash flow payments. The cash collateral will be used to continue the Debtor's ongoing operations. The Debtor operates a woodyard and sawmill located at 619 Highway 30 East, Booneville, Mississippi 38829. The Budget attached to the proposed

Order permits the payment of ongoing operating expenses of the Debtor in order to allow the Debtor to maintain its operations in Chapter 11.  The Debtor intends to rearrange its affairs and needs to continue to operate in order to pay its ongoing expenses, pay its employees, generate additional income and to propose a plan in this case.  The Debtor's proposed Two-Week Budget is attached hereto as **Exhibit "B."**

1. The Debtor filed a prior Chapter 11 case.  The case was dismissed because the Debtor failed to timely file it schedules and related documents.  Debtor believes its situation has improved since it now has employed the services of highly experienced counsel to assist it in complying with the requirements of Chapter 11 and the preparation and proposal of a plan of reorganization.

2. This is an emergency matter since the Debtor has no outside sources of funding available to it and must rely on the use of cash collateral to continue its operations.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Interim Order for Use of Cash Collateral in the form attached hereto as **Exhibit A"** and for such other and further relief to which the Debtor may be justly entitled.

Dated: September 13, 2019.

Respectfully submitted,

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2019, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below, and upon the parties on the attached service list in the manner indicated.

George H. Barber on behalf of Creditor Regions Bank
gbarber@johnstonpratt.com,
sbyrd@johnstonpratt.com;klemon@johnstonpratt.com;mmendoza@johnstonpratt.com;gmacdonell@johnstonpratt.com;kslemon@ecf.courtdrive.com

Joyce W. Lindauer on behalf of Debtor Pro South, Inc.
joyce@joycelindauer.com,
dian@joycelindauer.com;gina@joycelindauer.com;ecfnotices@joycelindauer.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer

```
Label Matrix for local noticing         Amy Glissen Stites                      Attorney General of Texas
0540-4                                  619 Highway 30 East                     Bankruptcy Division
Case 19-42427                           Booneville, MS 38829-8012               PO Box 12548
Eastern District of Texas               Via First Class Mail                    Austin, TX 78711-2548
Sherman                                                                         Via Email: john.stern@texasattorneygeneral.gov
Fri Sep 13 17:50:52 CDT 2019

George H. Barber                        BlueBridge Financial, LLC               Camso USA, Inc.
Johnston Pratt PLLC                     535 Washington Street                   PO Box 60158
1717 Main Street, 30th Floor            Suite 201                               Charlotte, NC 28260-0158
Dallas, TX 75201-4612                   Buffalo, NY 14203-1430                   Via First Class Mail
Via ECF: gbarber@johnstonpratt.com      Via Email: customerservice@bluebridgefinancial.com

Capital Merchant Services               Cash Capital Group, LLC                 Caterpillar Financial Services
One Evertrust Plaza                     The Rubin Law Firm, PLLC                PO Box 340001
Suite 1401                              Attn: Ashlee Cohen                      Nashville, TX 37203-0001
Jersey City, NJ 07302-3087              90 Broad Street, 16th Floor              Via First Class Mail
 Via First Class Mail                   New York, NY 10004-2345
                                        Via Fax: 212-804-7013

Celtic Commercial Finance               Commercial Credit Group, Inc.           (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
4 Park Plaza, Suite 300                 c/o Adams and Reese, LLP                REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Irvine, CA 92614-8511                   Attn: John Thomson                      PO BOX 13528
 Via First Class Mail                   3424 Peachtree Road NE, Suite 1600      AUSTIN TX 78711-3528
                                        Atlanta, GA 30326-1139                   Via Email: sherri.simpson@texasattorneygeneral.gov
                                        Via Email: john.thomson@arlaw.com

Enhanced Capital Mississippi Fund, LLC  Financial Pacific Leasing               GCR Tire & Service
c/o James A. McCullough                 3455 S. 344th Way                       2625 Highway 20
PO Drawer 119                           Suite 300                               Tuscumbia, AL 35674-6003
Jackson, MS 39205-0119                  Auburn, WA 98001-9546                    Via First Class Mail
 Via First Class Mail                   Via Fax: 800-447-7106

H & E Equipment Services                H & E Equipment Services                Hitachi Capital American Corp.
5245 Highway 78                         PO Box 849850                           21925 Network Place
Memphis, TN 38118-7807                  Dallas, TX 75284-9850                   Chicago, IL 60673-1219
 Via First Class Mail                   Via Email: jssmith@he-equipment.com      Via First Class Mail

Internal Revenue Service                Internal Revenue Service                Justin Hayden
Centralized Insolvency                  Mail Code DAL-5020                      Smythe, Huff & Hayden, PC
PO Box 7346                             1100 Commerce Street                    144 Second Avenue North
Philadelphia, PA  19101-7346            Dallas, Texas 75242-1100                The Pilcher Bldg., Suite 333
 Via First Class Mail                   Via First Class Mail                    Nashville, TN 37201-1935
                                                                                Via Email: jhayden@smythehuff.com

Joyce W. Lindauer                       Linebarger Goggan Blair & Sampson       Martyville Quick Mart
12720 Hillcrest Road                    2777 N. Stemmons Freeway                1379 Highway 25
Suite 625                               Suite 1000                              Tishomingo, MS 38873-9671
Dallas, TX 75230-2163                   Dallas, TX 75207-2328                    Via First Class Mail
                                        Via Email: laurie.spindler@lgbs.com

Money Works Direct, Inc.                Napa Auto Parts                         Office of the Attorney General
Attn: Timothy A. Hennigan               1105 South Gloster                      Internal Revenue Service
PO Box 1958                             Tupelo, MS 38801-6533                   900 Jefferson Avenue
Ashland, VA 23005-4958                   Via First Class Mail                   Oxford,  MS 38655-3608
Via Fax: 646-304-6552                                                            Via First Class Mail

Panther Petroleum, LLC                  PowerPlan                               Pro South, Inc.
386 Airways Blvd.                       PO Box 5328                             11450 US Highway 80
Jackson, TN 38301                       Madison, WI 53705-0328                  Suite 130, #141
 Via First Class Mail                   Via First Class Mail                    Crossroads, TX 76227
                                                                                 Via First Class Mail
```

| | | |
|---|---|---|
| Regions Bank<br>c/o Johnson Pratt PLLC<br>1717 Main Street<br>Suite 3000<br>Dallas, TX 75201-4335<br>  Via First Class Mail | Regions Bank<br>Attn: Donald M. Warren<br>Burr & Foreman LLP<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203-3284<br>  Via Email: dwarren@burr.com | Regions Bank<br>Attn: Joe A. Joseph<br>Burr & Foreman LLP<br>420 N. 20th Street, Suite 3400<br>Birmingtham, AL 35203-3284<br>  Via Email: jjoseph@burr.com |
| Regions Bank<br>Attn: John M. Lassiter<br>Burr & Foreman LLP<br>401 East Capitol Street, Suite 100<br>Jackson, MS 39201-2608<br>  Via Email: jlassiter@burr.com | Regions Bank<br>Attn: Regan C. Loper<br>Burr & Foreman LLP<br>420 N. 20th Street, Suite 3400<br>Birmingtham, AL 35203-3284<br>  Via Email: rloper@burr.com | Robert Byrd<br>Byrd & Wiser<br>PO Box 1936<br>Biloxi, MS 39533-1936<br>  Via Fax: 228-432-7029 |
| Summit Truck Group<br>PO Box 529<br>Tupelo, MS 38802-0529<br>  Via First Class Mail | TCF Equipment Finance<br>11100 Wayzata Blvd.<br>Suite 801<br>Hopkins, MN 55305-5503<br>  Via First Class Mail | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001<br>  Via First Class Mail |
| Thompson Machinery<br>1245 Bridgestone Blvd.<br>La Vergne, TN 37086-3510<br>  Via First Class Mail | U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204<br>  Via First Class Mail | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231<br>  Via Email: timothy.w.o'neal@usdoj.gov |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001<br>  Via First Class Mail | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231<br>  Via Email: timothy.w.o'neal@usdoj.gov | |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711




    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Grits Capital                    End of Label Matrix
                                    Mailable recipients    43
                                    Bypassed recipients     1
                                    Total                  44