# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>PRO SOUTH, INC.,<br><br>Debtor. | § Case No. 19-42427<br>§<br>§ Chapter 11<br>§<br>§<br>§ Date of Hearing/Nature:<br>§ January 21, 2020<br>§<br>§ *Debtor's Emergency Motion for Use of Cash*<br>§ *Collateral* [Dkt. 10] |

## REGIONS BANK'S WITNESS AND EXHIBIT LIST

### WITNESS

At the hearings, Regions Bank may call the following persons to testify as witnesses:

1. Any witness designated by any other party.

### EXHIBITS

At the hearing, Regions Bank may present one or more of the following exhibits:

| <u>Ex.</u> | **DESCRIPTION OF EXHIBIT** | <u>Offered</u> | <u>Objection</u> | <u>Admitted</u> |
|---|---|---|---|---|
| A. | First Notice of Default pursuant to *Second Interim Order on Motion the Use of Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b)* [Doc. No. 39] dated November 15, 2019 | | | |
| B. | Second Notice of Default pursuant to *Second Interim Order on Motion the Use of Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b)* [Doc. No. 39] dated December 2, 2019 | | | |
| C. | Notice of Default pursuant to Settlement Agreement, dated December 12, 2019 | | | |
| D. | Debtor's Monthly Operating Report for Filing Period September 2019 [Doc. No. 57] | | | |

| Ex. | DESCRIPTION OF EXHIBIT | Offered | Objection | Admitted |
|---|---|---|---|---|
| E. | Debtor's Monthly Operating Report for Filing Period October 2019 [Doc. No. 60] | | | |
| F. | Debtor's Amended Monthly Operating Report for Filing Period October 2019 [Doc. No. 69] | | | |
| G. | Debtor's Monthly Operating Report for Filing Period November 2019 [Doc. No. 70] | | | |
| H. | Emailed from Rod Kagy to Regions dated January 15, 2020 | | | |
| I. | 13-Week Cash Flow Projections Emailed to Regions by Rod Kagy on January 15, 2020 | | | |
| J. | Any exhibit identified by any other party | | | |

Regions Bank reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Regions Bank further reserves the right to supplement this list prior to the hearing.

Dated: January 16, 2020

Respectfully submitted,

/s/ *George H. Barber*
Kenneth C. Johnston
State Bar No. 00792608
Email: kjohnston@johnstonpratt.com
George H. Barber
State Bar No. 01705650
Email: gbarber@johnstonpratt.com
**JOHNSTON PRATT PLLC**
1717 Main Street, Suite 3000
Dallas, Texas 75201
214-974-8000 – Telephone
214-474-1750 – Facsimile

Joe A. Joseph (*Admitted Pro Hac Vice*)
OF COUNSEL
Alabama State Bar No. ASB-2964-J50J
Email: jjoseph@burr.com
**BURR & FORMAN LLP**
3400 Wells Fargo Tower
420 North 20th Street
Birmingham, Alabama 35203
205-251-3000 – Telephone
205-458-5100 – Facsimile

**ATTORNEYS FOR REGIONS BANK**

42832127 v1

## CERTIFICATE OF SERVICE

      This is to certify that on January 16, 2020, a true and correct copy of the foregoing pleading was served, (1) by ECF service on all entities receiving ECF service and (2) by email to counsel for the debtors and the Office of the United States Trustee at the email address stated below.

Joyce W. Lindauer on behalf of Debtor Pro South, Inc.
joyce@joycelindauer.com
dian@joycelindauer.com;gina@joycelindauer.com
ecfnotices@joycelindauer.com


US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

42832127 v1