**Monthly Operating Report**
CASH BASIS

| | |
|---|---|
| CASE NAME: | Pro South INC |
| CASE NUMBER: | ~~XXXXX~~ 19-42427 |
| JUDGE: | Hon Brenda Rhoades |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: ___Dec. 31___  ___2019___
                      MONTH              YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER
PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT
(CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND,
TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.
DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL
INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____          _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                      TITLE

Roderick Kagy                                    17-Jan-19
PRINTED NAME OF RESPONSIBLE PARTY                             DATE

PREPARER: _____          _President_
ORIGINAL SIGNATURE OF PREPARER                              TITLE

Russell Stites                                   Jan 17 2019
PRINTED NAME OF PREPARER                                      DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Pro South INC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CASE NUMBER: | XXXXX 19-42427 | | | | | | | | |

| CASH RECEIPTS AND DISBURSEMENTS | SEPTEMBER | | OCTOBER | | NOVEMBER | | DECEMBER | |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ | 7,876.08 | $ | 66.26 | $ | 8,104.80 | $ | 1,654.11 |
| RECEIPTS | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ | 64,055.01 | $ | 42,865.47 | $ | 55,963.04 | $ | 93,925.99 |
| 4. LOANS AND ADVANCES | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | | | |
| 7. WAGES | | | | | | | | |
| 8. OTHER (ATTACH LIST) | | | | | | | | |
| 9. TOTAL RECEIPTS | $ | 64,055.01 | $ | 42,907.67 | $ | 55,963.04 | $ | 93,925.99 |
| DISBURSEMENTS | | | | | | | | |
| 10. NET PAYROLL | $ | 19,294.72 | $ | 30,584.19 | $ | 13,157.16 | $ | (30,230.60) |
| 11. PAYROLL TAXES PAID | $ | 1,062.02 | $ | 2,194.49 | $ | 959.10 | $ | (2,126.80) |
| 12. SALES,USE & OTHER TAXES PAID | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | $ | (25,895.60) |
| 14. MORTAGE PAYMENTS | | | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | $ | 40,000.00 | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | | | | |
| 17. UTILITIES | $ | 7,000.00 | | | $ | 3,995.47 | | |
| 18. INSURANCE | | | | | | | | |
| 19. VEHICLE EXPENSES | $ | 344.98 | | | $ | 2,800.00 | $ | (3,000.00) |
| 20. TRAVEL | | | $ | 568.05 | | | | |
| 21. ENTERTAINMENT | | | | | | | | |
| 22. REPAIRS & MAINTENANCE | $ | 53.13 | $ | 946.85 | | | | |
| 23. SUPPLIES | | | | | | | | |
| 24. ADVERTISING | | | | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | | | |
| 27. GIFTS | | | | | | | | |
| 28. OTHER (ATTACH LIST) | $ | 44,109.98 | $ | 159.35 | $ | 82.17 | $ | (214.44) |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ | 71,864.83 | $ | 34,452.93 | $ | 60,993.90 | $ | (82,689.00) |
| REORGANIZATION EXPENSES | | | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | $ | 1,300.00 | | |
| 32. OTHER (ATTACH LIST) | | | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ | - | $ | - | $ | 1,300.00 | $ | - |
| 34. TOTAL DISBURSEMENTS | $ | 71,864.83 | $ | 34,452.93 | $ | 62,293.90 | $ | (82,689.00) |
| 35. NET CASH FLOW | $ | (7,809.82) | $ | 8,454.74 | $ | (6,330.86) | $ | 176,614.99 |
| 36. CASH - END OF MONTH | $ | 66.26 | $ | 8,104.80 | $ | 1,773.94 | $ | 12,891.10 |

**Monthly Operating Report**

CASH BASIS-1A

**2019**

| CASE NAME: | Pro South INC |
|---|---|

| CASE NUMBER: | ~~xxxxxx~~ 19-42427 |
|---|---|

| CASH DISBURSEMENTS DETAIL | MONTH: | Nov. 2019 |
|---|---|---|

### CASH DISBURSEMENTS

| See Attached Bank Statements | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | 11/30/19 | Bank of Texas | | $ 82,689.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CASH DISBURSEMENTS** | | | | $ 82,689.00 |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | | $    - |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $ 82,689.00 |
|---|---|

# Monthly Operating Report
## CASH BASIS-2

| CASE NAME: | Pro South INC |
|---|---|
| CASE NUMBER: | xxxxxx  19-42427 |

### BANK RECONCILIATIONS

| | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A.  BANK: | Bank of Texas | Woodforest | | |
| B.  ACCOUNT NUMBER: | | | | TOTAL |
| C.  PURPOSE (TYPE): | DIP Acct | | | |
| 1.  BALANCE PER BANK STATEMENT | $    1,654.11 | $    - | | $    1,654.11 |
| 2.  ADD:  TOTAL DEPOSITS NOT CREDITED | | | | $    - |
| 3.  SUBTRACT:  OUTSTANDING CHECKS | | | | $    - |
| 4.  OTHER RECONCILING ITEMS | | | | $    - |
| 5.  MONTH END BALANCE PER BOOKS | $    1,654.11 | | | $    1,654.11 |
| 6.  NUMBER OF LAST CHECK WRITTEN | 1033 | | | |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | $    - | $    - |

### CASH

| | | |
|---|---|---|
| 12.  CURRENCY ON HAND | $ | 107.27 |

| | | |
|---|---|---|
| 13.  TOTAL CASH - END OF MONTH | $ | 12,891.10 |

**Monthly Operating Report**

**CASH BASIS-3**

| CASE NAME: | Pro South INC |
| --- | --- |
| CASE NUMBER: | XXXXX 19-42427 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | MONTH<br>September | MONTH<br>October | MONTH<br>November | MONTH<br>December |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4.  OTHER (ATTACH LIST) | | | | |
| 5.  TOTAL REAL PROPERTY ASSETS | $            - | $            - | $            - | $            - |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1.  CASH ON HAND | $         66.26 | $       8,104.80 | $       7,997.53 | $      12,891.10 |
| 2.  CHECKING, SAVINGS, ETC. | | | | |
| 3.  SECURITY DEPOSITS | | | | |
| 4.  HOUSEHOLD GOODS | | | | |
| 5.  BOOKS, PICTURES, ART | | | | |
| 6.  WEARING APPAREL | | | | |
| 7.  FURS AND JEWELRY | | | | |
| 8.  FIREARMS & SPORTS EQUIPMENT | | | | |
| 9.  INSURANCE POLICIES | | | | |
| 10.  ANNUITIES | | | | |
| 11.  EDUCATION | | | | |
| 12.  RETIREMENT & PROFIT SHARING | | | | |
| 13.  STOCKS | | | | |
| 14.  PARTNERSHIPS & JOINT VENTURES | | | | |
| 15.  GOVERNMENT & CORPORATE BONDS | | | | |
| 16.  ACCOUNTS RECEIVABLE | | | | |
| 17.  ALIMONY | | | | |
| 18.  OTHER LIQUIDATED DEBTS | | | | |
| 19.  EQUITABLE INTERESTS | | | | |
| 20.  CONTINGENT INTERESTS | | | | |
| 21.  OTHER CLAIMS | | | | |
| 22.  PATENTS & COPYRIGHTS | | | | |
| 23.  LICENSES & FRANCHISES | | | | |
| 24.  CUSTOMER LISTS | | | | |
| 25.  AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26.  BOATS & MOTORS | | | | |
| 27.  AIRCRAFT | | | | |
| 28.  OFFICE EQUIPMENT | $       2,300.00 | $       2,300.00 | $       2,300.00 | $       2,300.00 |
| 29.  MACHINERY, FIXTURES & EQUIPMENT | $   3,019,546.00 | $   3,019,546.00 | $   3,019,546.00 | $  3,019,546.00 |
| 30.  INVENTORY | | | | |
| 31.  ANIMALS | | | | |
| 32.  CROPS | | | | |
| 33.  FARMING EQUIPMENT | | \ | | |
| 34.  FARM SUPPLIES | | | | |
| 35.  OTHER (ATTACH LIST) | | | | |
| 36.  TOTAL PERSONAL PROPERTY ASSETS | $   3,021,912.26 | $   3,029,950.80 | $   3,029,843.53 | $  3,034,737.10 |
| 37.  TOTAL ASSETS | $   3,021,912.26 | $   3,029,950.80 | $   3,029,843.53 | $  3,034,737.10 |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | Pro South INC |
|---|---|
| CASE NUMBER: | xxxxx 19-42427 |

MONTH:          Dec. 31

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ 5,624,471.00 | |
| 2. PRIORITY | $ 30,000.00 | |
| 3. UNSECURED | $ 3,130,891.57 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 8,785,362.57 | $        - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $        - | | $        - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $        - | | $        - |
| 31. TOTAL POSTPETITION LIABILITIES | | $        - | | $        - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Pro South INC |
| CASE NUMBER: | XXXXXX 19-42427 |

MONTH: Dec. 31

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1.  0 - 30 | | | | |
| 2.  31 - 60 | | | | |
| 3.  61 - 90 | | | | |
| 4.  91 + | | | | |
| 5.  TOTAL ACCOUNTS RECEIVABLE | $        - | $        - | $        - | $        - |
| 6.  AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7.  ACCOUNTS RECEIVABLE (NET) | $        - | $        - | $        - | $        - |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1.  FEDERAL | | | | $        - |
| 2.  STATE | | | | $        - |
| 3.  LOCAL | | | | $        - |
| 4.  OTHER (ATTACH LIST) | | | | $        - |
| 5.  TOTAL TAXES PAYABLE | $        - | $        - | $        - | $        - |
| 6.  ACCOUNTS PAYABLE | | | | $        - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1.  WITHHOLDING | | | | $        - |
| 2.  FICA-EMPLOYEE | | | | $        - |
| 3.  FICA-EMPLOYER | | | | $        - |
| 4.  UNEMPLOYMENT | | | | $        - |
| 5.  INCOME | | | | $        - |
| 6.  OTHER (ATTACH LIST) | | | | $        - |
| 7.  TOTAL FEDERAL TAXES | $        - | $        - | $        - | $        - |
| STATE AND LOCAL | | | | $        - |
| 8.  WITHHOLDING | | | | $        - |
| 9.  SALES | | | | $        - |
| 10.  EXCISE | | | | $        - |
| 11.  UNEMPLOYMENT | | | | $        - |
| 12.  REAL PROPERTY | | | | $        - |
| 13.  PERSONAL PROPERTY | | | | $        - |
| 14.  OTHER (ATTACH LIST) | | | | $        - |
| 15.  TOTAL STATE & LOCAL | $        - | $        - | $        - | $        - |
| 16.  TOTAL TAXES | $        - | $        - | $        - | $        - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Pro South INC |
| CASE NUMBER: | ✕✕✕✕✕ 19-42427 |

MONTH: _____ Dec. 31

### PAYMENTS TO INSIDERS AND PROFESSIONALS

#### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|------|-----------------|-------------|----------------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $          - | $          - |

#### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|------|------|------|------|------|------|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $          - | $          - | $          - | $          - |

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|------|------|------|------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $          - | $          - | $          - |

**Monthly Operating Report**
CASH BASIS-6

**2019**

| CASE NAME: | Pro South INC |
|---|---|
| CASE NUMBER: | XXXXX 19-42427 |

MONTH: _____ Dec. 31 _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES": PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

These funds were disbursed from current accounts while we were waiting for Bank of Texas to set up DIP Account.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW | X | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| General Liability | | | $ 3,500.00 Annually |
| Property and Casualty | Renasant | | $ 13,851.34 Annually |
| Auto | Renasant | | $ 25,000.00 Annually |
| | | | |
| | | | |

| DISBURSEMENTS (Other attached list) | BANK of TEXAS | | | |
|---|---|---|---|---|
| Bank Charges | $ 214.44 | | | |
| | | | | |
| TOTAL CHARGES | $ 214.44 | $ - | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
1473

Statement Period:
12-01-19 to 12-31-19

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

0000534 T0925201012013055600 00000 03 000000000 00189560 003 TEXB73

PRO SOUTH INC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE 19-42427
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DEL TO DEPT OF ORIG OD 10/16/2019
CROSSROADS TX  76227

5 Images Provided Page 1 of 6

## BANKRUPTCY CHECKING                      ACCOUNT:        1473



Statement Period from 12-01-19 through 12-31-19

| | | |
|---|---|---:|
| $ | Starting Balance | 1,654.11 |
| + | 12  Deposits | 93,925.99 |
| - | 14  Checks & Withdrawals | 82,689.00 |
| - | Service Fees | .00 |
| = | Ending Balance | 12,891.10 |

## ✚ DEPOSITS

| Date | | | | Amount |
|---|---|---|---|---:|
| 12-03 | COOPER/T.SMITH S  PURCHASES | | 02124795 | 4,645.90 |
| | PURCHASES | | | |
| 12-05 | INCOMING FED WIRE CR | | | 2,500.00 |
| | 001234 | | | |
| | PRO SOUTH/RUSSELL STITES | | | |
| | 065403370 | | | |
| 12-06 | AHI OPS ACCT        ACH | PROSOU01 | | 1,182.88 |
| 12-10 | COOPER/T.SMITH S  PURCHASES | | 02124795 | 9,436.94 |
| | PURCHASES | | | |
| 12-11 | INCOMING FED WIRE CR | | | 16,830.00 |
| | 001470 | | | |
| | PRO SOUTH/RUSSELL STITES | | | |
| | 065403370 | | | |
| 12-12 | INCOMING FED WIRE CR | | | 8,819.01 |
| | 001460 | | | |
| | WF EXC RTN TO SNDR 721 WIP | | | |
| | 121000248WELLS FARGO SF | | | |
| 12-17 | COOPER/T.SMITH S  PURCHASES | | 02124795 | 2,393.19 |
| | PURCHASES | | | |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**



**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

**Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges
including those in this statement.**

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | **New Balance** <br> **Shown on other side** |
| | | | | |
| | | | | |
| | | | | **Plus (+)** <br> **Total A** |
| | | | | |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | |
| | | | | **Minus (-)** <br> **Total B** |
| | | | | |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** <br> **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers
Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A
Attn: Customer Service
P.O. Box 29775
Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
1473

Statement Period:
12-01-19 to 12-31-19

PRO SOUTH INC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE 19-42427
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DEL TO DEPT OF ORIG OD 10/16/2019
CROSSROADS TX  76227

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

5 Images Provided Page 3 of 6

---

BANKRUPTCY CHECKING(cont.)

## + DEPOSITS

| Date | | | | Amount |
|---|---|---|---|---|
| 12-18 | INCOMING FED WIRE CR | | | 19,799.60 |
| | 001144 | | | |
| | PRO SOUTH/RUSSELL STITES | | | |
| | 065403370 | | | |
| 12-19 | DOMTAR INC | PAYMENTS | *****01828 | 2,846.20 |
| | ISA*00* | *00* | *ZZ*DOMWYPRD | |
| 12-24 | INCOMING FED WIRE CR | | | 18,723.20 |
| | 000951 | | | |
| | PRO SOUTH/RUSSELL STITES | | | |
| | 065403370 | | | |
| 12-26 | COOPER/T.SMITH S | PURCHASES | 02124795 | 4,877.84 |
| | PURCHASES | | | |
| 12-27 | AHI OPS ACCT | ACH | PROSOU01 | 1,871.23 |

---

## − WITHDRAWALS

| Date | | Amount |
|---|---|---|
| 12-05 | OUTGOING FED WIRE DR | 7,162.96 |
| | 001171 | |
| | SOUTH EAST EMPLOYEE LEASING INC | |
| | 111014325BK OF TX | |
| 12-12 | OUTGOING FED WIRE DR | 8,819.01 |
| | 000759 | |
| | SOUTHEAST EMPLOYEE LEASING INC | |
| | 111014325BK OF TX | |
| 12-12 | OUTGOING FED WIRE DR | 10,000.00 |
| | 001176 | |
| | ROBERT L SMITH | |
| | 111014325BK OF TX | |
| | REF ACCOUNT 01-434-0311902-0002667103 NOTIFY ROBERT L SMITH | |
| | JR PHONE 334 387 453 | |



00000534-0070958-0003-0006-T0925201012013055600-03-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
1473

Statement Period:
12-01-19 to 12-31-19

PRO SOUTH INC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE 19-42427
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DEL TO DEPT OF ORIG OD 10/16/2019
CROSSROADS TX  76227

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

5 Images Provided Page 4 of 6

BANKRUPTCY CHECKING (cont.)

## WITHDRAWALS

| Date | | Amount |
|---|---|---|
| 12-13 BANK OF TEXAS       ANALYSIS    1 | | 199.44 |
| 12-13 OUTGOING FED WIRE DR | | 8,819.01 |
| 000251 | | |
| SOUTH EAST EMPLOYEE LEASING | | |
| 111014325BK OF TX | | |
| REF PRO SOUTH PAYROLL | | |
| 12-18 OUTGOING FED WIRE DR | | 8,773.56 |
| 001407 | | |
| SOUTH EAST EMPLOYEE LEASING INC | | |
| 111014325BK OF TX | | |
| 12-18 IPFS800-247-6129   IPFSPMTTXH  951476 | | 2,402.55 |
| 12-19 RETURN MAIL | | 15.00 |
| 12-24 OUTGOING FED WIRE DR | | 7,601.87 |
| 001175 | | |
| SOUTH EAST EMPLOYEE LEASING INC | | |
| 111014325BK OF TX | | |



## CHECKS          (* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 12-16 | 1029 | 9,701.55 | 12-30 | 1032 | 1,000.00 |
| 12-19 | 1030 | 9,138.70 | 12-30 | 1033 | 7,055.35 |
| 12-24 | 1031 | 2,000.00 | | | |

00000534-0070958-0004-0006-T092520101201305560O-03-L

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
1473

Statement Period:
12-01-19 to 12-31-19

PRO SOUTH INC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE 19-42427
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DEL TO DEPT OF ORIG OD 10/16/2019
CROSSROADS TX  76227

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

5 Images Provided Page 5 of 6



## DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11-30 | 1,654.11 | 12-12 | 19,086.87 | 12-19 | 5,076.05 |
| 12-03 | 6,300.01 | 12-13 | 10,068.42 | 12-24 | 14,197.38 |
| 12-05 | 1,637.05 | 12-16 | 366.87 | 12-26 | 19,075.22 |
| 12-06 | 2,819.93 | 12-17 | 2,760.06 | 12-27 | 20,946.45 |
| 12-10 | 12,256.87 | 12-18 | 11,383.55 | 12-30 | 12,891.10 |
| 12-11 | 29,086.87 | | | | |

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 9,530.42 | AVG COLLECTED BAL | 9,530.42 |
| MINIMUM LEDGER BAL | 366.87 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
1473

Statement Period:
12-01-19 to 12-31-19

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

PRO SOUTH INC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE 19-42427

Page 6 of 6

BANKRUPTCY CHECKING - 8097051473



| | |
|---|---|
| 1029    $9,701.55 | 1030    $9,138.70 |
| 1031    $2,000.00 | 1032    $1,000.00 |
| 1033    $7,055.35 | |