# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>PRO SOUTH, INC.,<br><br>        Debtor. | Case No. 19-42427<br><br>Chapter 11<br><br>Date of Hearing/Nature:<br>February 18, 2020<br><br>*Debtor's Emergency Motion for Use of Cash Collateral* [Dkt. 10] |

## REGIONS BANK'S WITNESS AND EXHIBIT LIST

### WITNESS

At the hearings, Regions Bank may call the following persons to testify as witnesses:

1. Rod Kagy; and

2. Any witness designated by any other party.

### EXHIBITS

At the hearing, Regions Bank may present one or more of the following exhibits:

| <u>Ex.</u> | **DESCRIPTION OF EXHIBIT** | <u>Offered</u> | <u>Objection</u> | <u>Admitted</u> |
|---|---|---|---|---|
| A. | First Notice of Default pursuant to *Second Interim Order on Motion the Use of Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b)* [Doc. No. 39] dated November 15, 2019 | | | |
| B. | Second Notice of Default pursuant to *Second Interim Order on Motion the Use of Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b)* [Doc. No. 39] dated December 2, 2019 | | | |
| C. | Notice of Default pursuant to Settlement Agreement, dated December 12, 2019 | | | |
| D. | Notice of Additional Defaults Pursuant to Settlement Agreement, dated February 3, 2020 | | | |

| Ex. | **DESCRIPTION OF EXHIBIT** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| E. | Debtor's Monthly Operating Report for Filing Period September 2019 [Doc. No. 57] | | | |
| F. | Debtor's Monthly Operating Report for Filing Period October 2019 [Doc. No. 60] | | | |
| G. | Debtor's Amended Monthly Operating Report for Filing Period October 2019 [Doc. No. 69] | | | |
| H. | Debtor's Monthly Operating Report for Filing Period November 2019 [Doc. No. 70] | | | |
| I. | Monthly Operating Report for December 2018 [Doc. No. 78] | | | |
| J. | 13-Week Cash Flow Projections Emailed to Regions by Rod Kagy on January 15, 2020 | | | |
| K. | Interim Cash Collateral Order– September 2019 [ Doc. No. 33] | | | |
| L. | Second Interim Cash Collateral Order – October 2019 [Doc. No. 39] | | | |
| M. | Third Interim Cash Collateral Order – October 2019 [Doc. No.52] | | | |
| N. | Fourth Interim Cash Collateral Order – February 2020 [Doc. No. 80] | | | |
| O. | Foreclosure Notice Letter dated February 6, 2020 | | | |
| P. | Any exhibit identified by any other party | | | |

Regions Bank reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Regions Bank further reserves the right to supplement this list prior to the hearing.

Dated: February 13, 2020

Respectfully submitted,

/s/ *George H. Barber*
George H. Barber
State Bar No. 01705650
Email: gbarber@johnstonpratt.com
**JOHNSTON PRATT PLLC**
1717 Main Street., Suite 3000
Dallas, Texas 75201
214.974.8000 – Telephone
214-474-1750 – Facsimile

**ATTORNEYS FOR REGIONS BANK**

2

# CERTIFICATE OF SERVICE

      This is to certify that on February 13, 2020, a true and correct copy of the foregoing pleading was served, (1) by ECF service on all entities receiving ECF service and (2) by email to counsel for the debtors and the Office of the United States Trustee at the email address stated below.

    Joyce W. Lindauer on behalf of Debtor Pro South, Inc.
joyce@joycelindauer.com
dian@joycelindauer.com;gina@joycelindauer.com
ecfnotices@joycelindauer.com

    US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

3