Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRO SOUTH, INC., | § | CASE NO. 19-42427 |
| | § | Chapter 11 |
| Debtor. | § | |

**MOTION TO VOLUNTARILY DISMISS DEBTOR'S
CHAPTER 11 BANKRUPTCY CASE**

**14-DAY NEGATIVE NOTICE – LBR 1007(b):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

TO THE HONORABLE CHIEF UNITED STATES BANKRUPTCY JUDGE:

The Debtor, by its attorney, hereby requests that its Chapter 11 Bankruptcy Case be dismissed.

1. Debtor filed for Chapter 11 Bankruptcy on September 4, 2019.

2. The Debtor's secured creditor foreclosed on its property on March 5, 2020.

3. Debtor does not wish to continue with this bankruptcy case.

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays for an order from the Court dismissing Debtor's Chapter 11 Bankruptcy Case proceeding and for such other and further relief to which it may show itself justly entitled.

DATED: June 18, 2020.

Respectfully Submitted,

　/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2020, a true and correct copy of the above and foregoing *Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy* was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

　/s/ Joyce W. Lindauer
Joyce W. Lindauer

```
Label Matrix for local noticing          Amy Glisson Stites                    Attorney General of Texas
0540-4                                   619 Highway 30 East                   Bankruptcy Division
Case 19-42427                            Booneville, MS 38829-8012             PO Box 12548
Eastern District of Texas                                                      Austin, TX 78711-2548
Sherman
Thu Jun 18 16:29:57 CDT 2020

George H. Barber                         BlueBridge Financial, LLC             Bureau Veritas Certification
Johnston Clem Gifford PLLC               535 Washington Street                 North America, Inc.
1717 Main Street                         Suite 201                             PO Box 405661
Suite 3000                               Buffalo, NY 14203-1430                Atlanta, GA 30384-5661
Dallas, TX 75201-4335


Camso USA, Inc.                          Capital Merchant Services             Cash Capital Group, LLC
PO Box 60158                             One Evertrust Plaza                   The Rubin Law Firm, PLLC
Charlotte, NC 28260-0158                 Suite 1401                            Attn: Ashlee Cohen
                                         Jersey City, NJ 07302-3087            90 Broad Street, 16th Floor
                                                                               New York, NY 10004-2345


Caterpillar Financial Services           Celtic Commercial Finance             Commercial Credit Group, Inc.
PO Box 340001                            4 Park Plaza                          c/o Adams and Reese, LLP
Nashville, TX 37203-0001                 Suite 300                             Attn: John Thomson
                                         Irvine, CA 92614-8511                 3424 Peachtree Road NE, Suite 1600
                                                                               Atlanta, GA 30326-1139


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Corporate Billing                     Dees Oil
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  PO Box 1726                       PO Box 98
PO BOX 13528                             Decatur, AL 35602-1726                Ripley, MS 38663-0098
AUSTIN TX 78711-3528


Dragon Woodland Corporation              Enhanced Capital Mississippi Fund     Ferrell's Home & Outdoor
3624 E. Shelby Drive                     c/o James A. McCullough               807 S. Parkway St.
Memphis, TN 38118                        PO Drawer 119                         Corinth, MS 38834-6564
                                         Jackson, MS 39205-0119


Financial Pacific Leasing                Financial Pacific Leasing             (p)FUNDBOX  INC
3455 S. 344th Way                        3455 S. 344th Way                     300 MONTGOMERY ST
Suite 300                                Suite 300                             SUITE 900
Auburn, WA 98001-9546                    Federal Way, WA 98001-9546            SAN FRANCISCO CA 94104-1921


GCR Tire & Service                       H & E Equipment Services              H & E Equipment Services
2625 Highway 20                          5245 Highway 78                       PO Box 849850
Tuscumbia, AL 35674-6003                 Memphis, TN 38118-7807                Dallas, TX 75284-9850


Hitachi Capital America Corp.            Hitachi Capital American Corp.        Internal Revenue Service
c/o Kye Law Group, P.C.                  21925 Network Place                   Centralized Insolvency
201 Old Country Road                     Chicago, IL 60673-1219                PO Box 7346
Suite 120                                                                      Philadelphia, PA  19101-7346
Melville, NY 11747-2725


Internal Revenue Service                 John Deere Power Plans                Kenneth Craig Johnston
Mail Code DAL-5020                       PO box 5328                           Johnston Clem Gifford PLLC
1100 Commerce Street                     Madison, WI 53705-0328                1717 Main Street
Dallas, Texas 75242-1100                                                       Suite 3000
                                                                               Dallas, TX 75201-4335
```

```
Joe A. Joseph                      Justin Hayden                      Kapitus Servicing, Inc.
Burr & Forman LLP                  Smythe, Huff & Hayden, PC          120 West 45th Street, 4th Floor
420 N. 20th St., Ste. 3400         144 Second Avenue North            New York, NY 10036-4041
Birmingham, AL 35203-3284          The Pilcher Bldg., Suite 333
                                   Nashville, TN 37201-1935


Lancaster Pipeline & Construction  Joyce W. Lindauer                  Linebarger Goggan Blair & Sampson
864 Jim Hayes Lane                 Joyce Lindauer, Attorney           2777 N. Stemmons Freeway
Scotts Hill, TN 38374-6644         1412 Main Street                   Suite 1000
                                   Suite 500                          Dallas, TX 75207-2328
                                   Dallas, TX 75202-4042


Martyville Quick Mart              Money Works Direct, Inc.           Money Works Direct, Inc.
1379 Highway 25                    c/o Timothy A. Hennigan            Attn: Timothy A. Hennigan
Tishomingo, MS 38873-9671          PO Box 1958                        PO Box 1958
                                   Ashland, VA 23005-4958             Ashland, VA 23005-4958


Napa Auto Parts                    Timothy W. O'Neal                  Oakman Hardwood, Inc.
1105 South Gloster                 Office of the U.S. Trustee         PO Box 230
Tupelo, MS 38801-6533              110 N. College Ave.                Oakman, AL 35579-0230
                                   Suite 300
                                   Tyler, TX 75702-7231


Office of the Attorney General     Panther Petroleum, LLC             Panther Petroleum, LLC
Internal Revenue Service           2570 Van Hook Avenue               386 Airways Blvd.
900 Jefferson Avenue               Hamilton, OH 45015-1582            Jackson, TN 38301
Oxford,  MS 38655-3608


Pioneer Machinery and Supply, Inc. PowerPlan                          Prentiss County Tax Collector
PO Box 959                         PO Box 5328                        PO Box 283
Corinth, MS 38835-0959             Madison, WI 53705-0328             Booneville, MS 38829-0283


Pro Mac Manufacturing, Ltd.        Pro South, Inc.                    RLHI
2940 Jacob Road                    11450 US Highway 80                30 CR 1461
Duncan, BC V9L 6W4                 Suite 130, #141                    Burnsville, MS 38833-9523
                                   Crossroads, TX 76227


Regions Bank                       Regions Bank                       Regions Bank
c/o Johnson Pratt PLLC             Attn: Donald M. Warren             Attn: Joe A. Joseph
1717 Main Street                   Burr & Foreman LLP                 Burr & Foreman LLP
Suite 3000                         420 N. 20th Street, Suite 3400     420 N. 20th Street, Suite 3400
Dallas, TX 75201-4335              Birmingham, AL 35203-3284          Birmingtham, AL 35203-3284


Regions Bank                       Regions Bank                       Robert Byrd
Attn: John M. Lassiter             Attn: Regan C. Loper               Byrd & Wiser
Burr & Foreman LLP                 Burr & Foreman LLP                 PO Box 1936
401 East Capitol Street, Suite 100 420 N. 20th Street, Suite 3400     Biloxi, MS 39533-1936
Jackson, MS 39201-2608             Birmingtham, AL 35203-3284


Rolison Timber Company, Inc.       Southern Electrical Services       Summit Truck Group
391 CR 516                         PO Box 3086                        PO Box 529
Ripley, MS 38663-8618              Tupelo, MS 38803-3086              Tupelo, MS 38802-0529
```

| | | |
|---|---|---|
| TCF Equipment Finance<br>11100 Wayzata Blvd.<br>Suite 801<br>Hopkins, MN 55305-5503 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 | Thompson Machinery<br>1245 Bridgestone Blvd.<br>La Vergne, TN 37086-3510 |
| U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 | U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Unifirst<br>PO Box 303<br>Booneville, MS 38829-0303 | Wells Fargo Equipment Finance<br>PO Box 7777<br>San Francisco, CA 94120-7777 |
| Wells Fargo Equipment Finance<br>Manufacturer Services Group<br>PO Box 7777<br>San Francisco, CA 94120-7777 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Public Accts<br>Rev Acctg Div/Bankruptcy Dept<br>PO BOX 13528<br>Austin, TX 78711 | Fundbox<br>300 Montgomery St., Suite 900<br>San Francisco, CA 94104 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital Merchant Services<br>One Evertrust Plaza<br>Suite 1401<br>Jersey City, NJ 07302-3087 | (u)Cash Capital Group, LLC<br>c/o The Rubin Law Firm, PLLC | (d)Celtic Commercial Finance<br>4 Park Plaza, Suite 300<br>Irvine, CA 92614-8511 |
| (u)Commercial Credit Group, Inc. | (d)Corporate Billing<br>PO Box 1726<br>Decatur, AL 35602-1726 | (d)Enhanced Capital Mississippi Fund, LLC<br>c/o James A. McCullough<br>PO Drawer 119<br>Jackson, MS 39205-0119 |
| (u)Grits Capital | (d)H&E Equipment Services<br>5245 Highway 78<br>Memphis, TN 38118-7807 | (d)Hitachi Capital America Corp.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747-2725 |