IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRO SOUTH, INC., | § | CASE NO. 19-42427 |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS
## DEBTOR'S CHAPTER 11 BANKRUPTCY

CAME ON FOR CONSIDERATION by the Court the Debtor's Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case filed by Pro South, Inc., and the Court having reviewed same and there being no objections to the Motion, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered case is hereby dismissed without prejudice to refiling; and it is further

**ORDERED, ADJUDGED AND DECREED** that all U.S. Trustee fees shall be paid within ten (10) days of the date of entry of this Order.

SIGNED:

Signed on 7/17/2020

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor